# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

D. KEITH MELENYZER,

        Respondent

      v.

PAUL A. TERSHEL,

        Petitioner

: No. 181 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

D. KEITH MELENYZER,

        Respondent

      v.

PAUL A. TERSHE,

        Petitioner

: No. 182 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.